IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| **DONJON-SMIT, LLC** | |
| VS. | |
| **ADMIRAL KARL L. SCHULTZ, CAPTAIN JOHN W. REED, COMMANDER NORM C. WITT, and COMMANDER MATTHEW J. BAER, IN THEIR OFFICIAL CAPACITY AS OFFICERS OF THE UNITED STATES COAST GUARD** | CIVIL ACTION NO. _____ |

**PLAINTIFF DONJON-SMIT, LLC'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rue of Civil Procedure 7.1, Plaintiff Donjon-Smit, LLC. provides the following disclosure:

Donjon-Smit, LLC is an OPA 90 alliance consisting of Smit Salvage Americas LLC, a Delaware limited liability company and Donjon Marine Co., Inc, a New Jersey corporation. Donjon-Smit, LLC, Smit Salvage Americas LLC and Donjon Marine Co., Inc. are not public companies. The managers and directors of Donjon-Smit, LLC are Douglas Martin, Stephen G. Newes, Robert Van Acker and John Witte. Timothy P. Williamson is the general manager of Donjon-Smit, LLC.

Smit Salvage Americas LLC is a wholly owned indirect subsidiary of Royal Boskalis Westminister, N.V., a Dutch public corporation.

1

Respectfully submitted,

**TAYLOR, ODACHOWSKI, SCHMIDT & CROSSLAND, LLC**

/s/ Joseph R. Odachowski
**Joseph Odachowski**
Georgia State Bar No. 549470
300 Oak Street, Suite 200
St. Simons Island, GA 31522
(912) 634-0955 – Telephone
(912) 638-9739 – Facsimile
jodachowski@tosclaw.com

**ATTORNEYS FOR PLAINTIFF DONJON-SMIT, LLC**

**OF COUNSEL:
CLARK HILL PLC**

/s/ Garney Griggs
**Garney Griggs**
Texas State Bar No. 08491000
**Clifford Bowie Husted**
Texas State Bar No. 00796803
**Gregorio Flores**
Texas State Bar No. 24116367
909 Fannin, Suite 2300
Houston, TX  77010
(713) 951-5600 – Telephone
(713) 951-5660 – Facsimile
ggriggs@clarkhill.com
hustedc@clarkhill.com
gflores@clarkhill.com

**ATTORNEYS FOR PLAINTIFF DONJON-SMIT, LLC**