# United States District Court

## *Southern District of Georgia*

DONJON-SMIT, LLC

# NOTICE

v.

SCHULTZ, et al

CASE NUMBER: CV220-11

| TYPE OF CASE: | ☒ CIVIL | ☐ CRIMINAL |
|---|---|---|

☒ TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Federal Courthouse<br>801 Gloucester Street<br>Brunswick, GA | Courtroom 1 |
| | DATE AND TIME |
| | 02/19/2020 at 10:00 am |

TYPE OF PROCEEDING

Motion hearing

☐ TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO, DATE AND TIME |
|---|---|---|
| | | |

Scott L. Poff

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

02/18/2020

DATE

s/ Whitney Sharp

(BY) DEPUTY CLERK

Phone No.  912-658-6667

To   Joseph R. Odachowski
     Martha Mann
     CSO