# In the United States District Court for the Southern District of Georgia Brunswick Division

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2020 FEB 18 PM 2:44
CLERK _Casbell_
SO. DIST. OF GA.

|  |  |
|---|---|
| DONJON-SMIT, LLC, <br><br>  Plaintiff, <br><br> v. <br><br> ADMIRAL KARL L. SCHULTZ, CAPTAIN JOHN W. REED, COMMANDER MATTHEW J. BAER, and COMMANDER NORM C. WITT, in their official capacity as Officers of the UNITED STATES COAST GUARD, <br><br>  Defendants. | 2:20-CV-011 |

## ORDER

On September 8, 2019, the Golden Ray capsized in the St. Simons Sound. Dkt. No. 1. It remains there five months later. In December of 2019, Plaintiff, a maritime salvage company, learned that another company was selected to take on the formidable salvage work for the Golden Ray. Two months later, Plaintiff filed suit alleging an "imminent environmental catastrophe" and seeking, among other forms of relief, a temporary restraining order. Id.; dkt. no. 6. The Court is foreclosed from issuing a restraining order without notice to the other side, given that the request does not comply with Federal Rule of Civil Procedure 65(b)(1)(B). Nevertheless, because of the gravity and time-sensitive nature of the allegations made by Plaintiff, the Court scheduled an emergency

hearing on the matter (with notice to the other parties). However, Plaintiff has requested a continuance, which Defendants do not oppose.

The hearing requested by Plaintiff is continued at Plaintiff's request. However, the hearing will proceed on Tuesday, February 25, 2020 at 10:00 a.m., and, given the importance and time-sensitive nature of the matter, no further extensions will be granted. Any pre-hearing briefs must be submitted by 5:00 p.m. on Friday, February 21, 2020.

Furthermore, given the importance and time-sensitive nature of the allegations, Counsel are hereby informed that the Court will meet with them (in Court or by telephone) at least once a week, every week, until the case concludes.

**SO ORDERED**, this 18 day of February, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA