IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| **DONJON-SMIT, LLC,**<br><br>                                  **Plaintiff,**<br><br>        vs.<br><br>**ADMIRAL KARL L. SCHULTZ, CAPTAIN JOHN W. REED, COMMANDER NORM C. WITT, and COMMANDER MATTHEW J. BAER, in their official capacity as Officers of the UNITED STATES COAST GUARD,**<br><br>                                  **Defendants.** | **CIVIL ACTION NO:**<br>**2:20-CV-00011-LGW-BWC** |

**PLAINTIFF'S NOTICE OF INTENT TO REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

COMES NOW the Plaintiff, **Donjon-Smit, LLC**, and pursuant to Rule 7.6 of the Local Rules of this Court, notify the Court of its intention to file a Reply to the Defendants' Opposition to Plaintiff's Motion for Preliminary Injection.  Plaintiff will file its reply within fourteen (14) calendar days of February 21, 2020, the date upon which said opposition was filed.

Respectfully submitted,

**TAYLOR, ODACHOWSKI, SCHMIDT & CROSSLAND, LLC**

 /s/ Joseph R. Odachowski
**Joseph Odachowski**
Georgia State Bar No:          549470

300 Oak Street, Suite 200
St. Simons Island, GA 31522
(912) 634-0955 – Telephone
(912) 638-9739 – Facsimile
jodachowski@tosclaw.com

1

                                        **ATTORNEYS FOR PLAINTIFF**
                                        **DONJON-SMIT, LLC**

**OF COUNSEL:**
**CLARK HILL PLC**

/s/ Garney Griggs
**Garney Griggs**
Texas State Bar No:   08491000
**Clifford Bowie Husted**
Texas State Bar No:   00796803
909 Fannin, Suite 2300
Houston, TX  77010
(713) 951-5600 – Telephone
(713) 951-5660 – Facsimile
ggriggs@clarkhill.com
hustedc@clarkhill.com

                                        **ATTORNEYS FOR PLAINTIFF**
                                        **DONJON-SMIT, LLC**

## **CERTIFICATE OF SERVICE**

This hereby certifies that on this day, I electronically filed the *Plaintiff's Notice of Intent to Reply to Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction* with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Martha C. Mann, Esq.
Sydney A. Menees, Esq.
UNITED STATES DEPARTMENT OF JUSTICE
Environmental & Natural Resources
Division
Post Office Box 7611
Washington, DC  20044
Martha.mann@usdoj.gov
Sydney.menees@usdoj.gov

Bradford C. Patrick, Esq
ASSISTANT UNITED STATES ATTORNEY
Post Office Box 8970
Savannah, Georgia   31412
Bradford.patrick@usdoj.gov

*Attorneys for Defendants*

This   23rd   day of   February  , 2020.

**TAYLOR, ODACHOWSKI, SCHMIDT & CROSSLAND, LLC**

 /s/ Joseph R. Odachowski
**Joseph Odachowski**
Georgia State Bar No:           549470

300 Oak Street, Suite 200
St. Simons Island, GA 31522
(912) 634-0955 – Telephone
(912) 638-9739 – Facsimile
jodachowski@tosclaw.com

**ATTORNEYS FOR PLAINTIFF
DONJON-SMIT, LLC**

**OF COUNSEL:
CLARK HILL PLC**

/s/ Garney Griggs
**Garney Griggs**
Texas State Bar No:   08491000
**Clifford Bowie Husted**
Texas State Bar No:   00796803

3

909 Fannin, Suite 2300
Houston, TX  77010
(713) 951-5600 – Telephone
(713) 951-5660 – Facsimile
ggriggs@clarkhill.com
hustedc@clarkhill.com

**ATTORNEYS FOR PLAINTIFF
DONJON-SMIT, LLC**

4