# In the United States District Court for the Southern District of Georgia
## Brunswick Division

DONJON-SMIT, LLC,

    Plaintiff,

v.

ADMIRAL KARL L. SCHULTZ, CAPTAIN JOHN W. REED, COMMANDER MATTHEW J. BAER, and COMMANDER NORM C. WITT, in their official capacity as Officers of the UNITED STATES COAST GUARD,

    Defendants.

2:20-CV-011

## ORDER

Plaintiff filed a motion seeking various forms of relief. Dkt. No. 31. To the extent Plaintiff seeks an extension of the current deadlines, said motion is **DENIED**. To the extent Plaintiff seeks expedited production of the Administrative Record, that motion is **GRANTED in part and DENIED in part**. The Government is **ORDERED** to produce the Administrative Record by March 3, 2020.

The Court will hold a status conference via telephone on March 4, 2020 at 10:00 a.m. to discuss a comprehensive scheduling order.

**SO ORDERED**, this 27th day of February, 2020.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)