UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| DONJON-SMIT, LLC,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>ADMIRAL KARL L. SCHULTZ, CAPTAIN JOHN W. REED, COMMANDER NORM C. WITT, and COMMANDER MATTHEW J. BAER, in their official capacity as officers of the UNITED STATES COAST GUARD,<br><br>　　　　　Defendants. | No. 2:20-cv-00011 LGW-BWC |

**UNITED STATES COAST GUARD'S NOTICE OF
CURRENT STATUS OF INCIDENT RESPONSE**

Defendants, Admiral Karl L. Schultz, Captain John W. Reed, Commander Norm C. Witt, and Commander Matthew J. Baer (collectively, the "Coast Guard"), provide the attached St. Simons Sound Incident – Weekly Executive Summary Update (for the period from February 18-24, 2020). By way of further update, as of today:

1.　　Twelve piles have been driven for the Environmental Protection Barrier. An additional pile-driving rig is in the process of mobilizing and is expected to start pile driving on Wednesday, March 4, 2020.

2.　　Scour mitigation efforts are underway, and one scour protection container was placed on February 28, 2020.

3.　　Horizontal Directional Drilling ("HDD") efforts, for placing the four remaining cutting chains under the vessel, may begin today, conditions pending.

1

4.	With respect to the lifting lugs, fabrication continues at two shipyards.  T&T Salvage has visited both shipyards over the past week to assess the process.  Fabrication of the first set of lugs is expected to be completed on or around March 10, 2020.

5.	Scaffolding efforts are underway to place scaffolding on the GOLDEN RAY to allow topside access.

Updates are also available at the St. Simons Incident Response web page: https://ssiresponse.com/.


Date:   March 2, 2020				Respectfully submitted,

						/s/  Martha C. Mann
						MARTHA C. MANN
						SYDNEY A. MENEES
						U.S. Department of Justice
						Environment and Natural Resources Division
						Environmental Defense Section
						P.O. Box 7611
						Washington, D.C. 20044
						Telephone: (202) 514-2664 (Mann)
						Fax: (202) 514-8865
						martha.mann@usdoj.gov
						sydney.menees@usdoj.gov

						BOBBY L. CHRISTINE
						United States Attorney

						/s/ Bradford C. Patrick
						BRADFORD PATRICK
						Assistant United States Attorney
						South Carolina Bar No. 102092
						Post Office Box 8970
						Savannah, Georgia  31412
						Telephone:  (912) 652-4422
						Facsimile:  (912) 652-4227
						bradford.patrick@usdoj.gov


						*Counsel for Defendants*