In the United States District Court
for the Southern District of Georgia
Brunswick Division

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2020 MAR -2  PM 4: 48
CLERK _CCesbell_
SO. DIST. OF GA.

DONJON-SMIT, LLC,

      Plaintiff,

      v.

ADMIRAL KARL L. SCHULTZ,
CAPTAIN JOHN W. REED, COMMANDER
MATTHEW J. BAER, and COMMANDER
NORM C. WITT, in their official
capacity as Officers of the
UNITED STATES COAST GUARD,

      Defendants.

2:20-CV-011

## ORDER

The Court conducted a scheduling hearing with the Parties today via telephone. It was noted that Plaintiff has filed a motion seeking a brief continuance prior to the issuance of a decision by the Court on Plaintiff's request for an injunction. Dkt. No. 42. Specifically, Plaintiff desires an opportunity to review the entire Administrative Record and respond to it with additional proposed findings of fact and conclusions of law.

Plaintiff's request for a brief postponement is **GRANTED**. Plaintiff and Defendants shall have until March 11, 2020 to file any additional proposed findings of fact and conclusions of law. Additionally, Plaintiff is permitted to depose FOSC Commander Witt on or before March 9, 2020. Defendants are **ORDERED** to make

AO 72A
(Rev. 8/82)

Commander Witt available for deposition at a date and time mutually agreed upon by Counsel on or before the March 9, 2020 deadline.

The Court understands that although no attorney has filed a request for leave of absence in the next week, one of the lawyers from the Department of Justice may be unavailable for a portion of the week. Attorneys for both sides are reminded of the Local Rules governing leaves of absence and their obligation to staff this time-sensitive case accordingly.

**SO ORDERED**, this 2nd day of March, 2020.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)

2