# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. **CV 220-11**     DATE **3/2/2020**
TITLE **Donjon-Smit, LLC v Schultz, et al**
TIMES **4:00 - 4:18**     TOTAL **18 min**

Honorable: **Lisa Godbey Wood, U. S. District Court Judge**     Courtroom Deputy: **Elizabeth Slater**
Court Reporter: **Debra Gilbert**     Interpreter:

| Attorney for Plaintiff | Attorney for Defendant(s) | Defendant(s) |
|---|---|---|
| Joe Odachowski<br>Ronnie Griggs<br>Cliff Husted<br>Peter Schmidt | Martha Mann<br>Brad Patrick | |

PROCEEDINGS: **Status Conference (Telephonic)**     ✓ In Court   ☐ In Chambers

**Plaintiff's motion for extension re augmenting the filings;**
**Court:**
**Both pltf and deft have until 3/11/2020 to file any addtional proposed findings of fact and conclusions of law.  The Court will also allow the plaintiffs to depose the FOSC (Commander Witt) on or before 3/9/2020 at a time mutually agreed to by counsel.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

## CLERK'S MINUTES  - GENERAL

CASE NO. **CV 220-11**                                    DATE **3/2/2020**

TITLE **Donjon-Smit, LLC v Schultz, et al**

PROCEEDINGS (continued): **Status Conference (Telephonic)**

**facts that are still in dispute?**

**Defense response 4:04;**

**The Court is allowing the depo of Cmmdr Witt.**

**Argument re the discovery issue of that deposition going forward 4:05 - 4:08**

**Court's intention is for the depo to be geared towards PI factors; not inclined to order that he come up with any records beyond the admin record, or produce any personnel or HR records for this purpose.**

**Pltf response 4:10 - 4:11**

**Court will follow up in a written order**

**Deft will provide the entire admin record by COB tomorrow, and will file a notice of filing with an index of the record - disc to Court will go out tomorrow.**

**Counsel to confer and file a notice to the court re the facts they both agree with.**