UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| DONJON-SMIT, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:20-CV-11 |
| ) | |
| ADMIRAL KARL L. SCHULTZ, ) | |
| CAPTAIN JOHN W. REED, ) | |
| COMMANDER NORM C. WITT, and ) | |
| COMMANDER MATTHEW J. BAER, ) | |
| in their official capacity as officers of the ) | |
| UNITED STATES COAST GUARD, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF INTENT TO OPPOSE**

Defendants have received Plaintiff's Motion for Order Requiring Defendants and Commander Witt to Produce Certain Records for Use at His Deposition Scheduled Of March 9, 2020 [sic]. Dkt. No. 47. The Court already ruled at the March 2, 2020 status hearing that Defendants would not be ordered to produce material beyond the administrative record for use at the deposition of Commander Witt. *See* Dkt. 45 at 2 (Court "not inclined to order that [Commander Witt] come up with any records beyond the admin record, or produce any personnel or HR records for this purpose"). To the extent the Court may be inclined to entertain what in essence is a motion for reconsideration, Defendants intend to file an opposition to the motion today, March 4, 2020.

1

*/s/  Martha C. Mann*
MARTHA C. MANN
SYDNEY A. MENEES
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Telephone: (202) 514-2664 (Mann)
Fax: (202) 514-8865
martha.mann@usdoj.gov
sydney.menees@usdoj.gov


BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

*/s/ Bradford C. Patrick*
Bradford C. Patrick
Assistant United States Attorney
South Carolina Bar No. 102092
bradford.patrick@usdoj.gov
Post Office Box 8970
Savannah, Georgia 31412
Telephone: (912) 652-4422
Fax: (912) 652-4227