# In the United States District Court for the Southern District of Georgia Brunswick Division

| | |
|---|---|
| DONJON-SMIT, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ADMIRAL KARL L. SCHULTZ, CAPTAIN JOHN W. REED, COMMANDER MATTHEW J. BAER, and COMMANDER NORM C. WITT, in their official capacity as Officers of the UNITED STATES COAST GUARD, <br><br> Defendants. | No. 2:20-CV-011 |

## ORDER

On March 4, 2020 Plaintiff moved this Court to enter an order requiring Defendants to produce certain records for Plaintiff's use at the deposition of Commander Norm. C. Witt, scheduled for March 9, 2020. Dkt. No. 47. That motion has been fully briefed by the parties. Dkt. Nos. 49, 50, 51. After review of the motions and in careful consideration of the facts of this case, the Court **DENIES** Plaintiff's request and **ORDERS** the deposition to go forward as scheduled.

SO ORDERED, this 6 day of March, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA