FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2020 MAR 16 PM 4: 44

CLERK C. Asbell
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| DONJON-SMIT, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ADMIRAL KARL L. SCHULTZ, CAPTAIN JOHN W. REED, COMMANDER NORM C. WITT, and COMMANDER MATTHEW J. BAER, in their official capacity as officers of the UNITED STATES COAST GUARD,<br><br>    Defendants. | No. 2:20-cv-00011 LGW-BWC |

## ORDER

The Coast Guard's motion to seal Exhibit A to its motion to seal is GRANTED until further Order of this Court.

SO ORDERED this 16 day of March 2020.

_____
LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA