IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2020 MAR 16 PM 1: 54

CLERK C. Robinson
SO. DIST. OF GA.

| | |
|---|---|
| DONJON-SMIT, LLC,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>ADMIRAL KARL L. SCHULTZ, CAPTAIN JOHN W. REED, COMMANDER NORM C. WITT, and COMMANDER MATTHEW J. BAER, in their official capacity as Officers of the UNITED STATES COAST GUARD,<br><br>　　　　　　　　　Defendants. | CIVIL ACTION NO:<br>2:20-CV-00011-LGW-BWC |

**PLAINTIFF'S NOTICE OF INTENT TO MANUALLY FILE EXHIBIT 5 TO DOCKET 70**

COMES NOW the Plaintiff, **Donjon-Smit, LLC**, and notifies the Court of its intention to manually file Exhibit 5 to Docket 70.

Respectfully submitted,

TAYLOR, ODACHOWSKI, SCHMIDT & CROSSLAND, LLC

*/s/ Joseph Odachowski*

**Joseph Odachowski**
Georgia State Bar No:　　549470
**Peter H. Schmidt, II**
Georgia State Bar No:　　629512

300 Oak Street, Suite 200
St. Simons Island, GA 31522
(912) 634-0955 – Telephone
(912) 638-9739 – Facsimile
jodachowski@tosclaw.com

ATTORNEYS FOR PLAINTIFF
DONJON-SMIT, LLC

1

OF COUNSEL:
CLARK HILL PLC

**Garney Griggs**
Texas State Bar No:   08491000
**Clifford Bowie Husted**
Texas State Bar No:   00796803
909 Fannin, Suite 2300
Houston, TX  77010
(713) 951-5600 – Telephone
(713) 951-5660 – Facsimile
ggriggs@clarkhill.com
hustedc@clarkhill.com

**ATTORNEYS FOR PLAINTIFF
DONJON-SMIT, LLC**

## CERTIFICATE OF SERVICE

This hereby certifies that on this day, I electronically filed the *Plaintiff's Notice of Intent to Manually File Exhibit 5 to Docket 70* with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Martha C. Mann, Esq.
Sydney A. Menees, Esq.
UNITED STATES DEPARTMENT OF JUSTICE
Environmental & Natural Resources
Division
Post Office Box 7611
Washington, DC 20044
Martha.mann@usdoj.gov
Sydney.menees@usdoj.gov

Bradford C. Patrick, Esq
ASSISTANT UNITED STATES ATTORNEY
Post Office Box 8970
Savannah, Georgia 31412
Bradford.patrick@usdoj.gov

*Attorneys for Defendants*

This 6th day of March, 2020.

TAYLOR, ODACHOWSKI, SCHMIDT &
CROSSLAND, LLC

_____
**Joseph Odachowski**
Georgia State Bar No:		549470
**Peter H. Schmidt, II**
Georgia State Bar No:		629512

300 Oak Street, Suite 200
St. Simons Island, GA 31522
(912) 634-0955 – Telephone
(912) 638-9739 – Facsimile
jodachowski@tosclaw.com

**ATTORNEYS FOR PLAINTIFF
DONJON-SMIT, LLC**

**OF COUNSEL:
CLARK HILL PLC**

**Garney Griggs**
Texas State Bar No: 08491000
**Clifford Bowie Husted**
Texas State Bar No: 00796803

3

909 Fannin, Suite 2300  
Houston, TX 77010  
(713) 951-5600 – Telephone  
(713) 951-5660 – Facsimile  
ggriggs@clarkhill.com  
hustedc@clarkhill.com  

**ATTORNEYS FOR PLAINTIFF DONJON-SMIT, LLC**