FILED
Scott L. Poff, Clerk
United States District Court

By CAsbell at 1:30 pm, Apr 10, 2020

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

DONJON-SMIT, LLC,

    Plaintiff,

v.

ADMIRAL KARL L. SCHULTZ; CAPTAIN JOHN W. REED; COMMANDER NORM C. WITT; and COMMANDER MATTHEW J. BAER, in their individual and official capacities as officers of the United States Coast Guard,

    Defendants.

CIVIL ACTION NO.: 2:20-cv-11

## **O R D E R**

This matter is before the Court on the parties' Report of Rule 26(f) Planning Meeting and telephonic discovery conference held on April 10, 2020. Defendants have filed two motions to dismiss. Docs. 93, 94. Plaintiff's response is forthcoming. Defendants anticipate filing a motion to stay discovery until their motions to dismiss are resolved. Plaintiff opposes a stay of discovery. Accordingly, the Court **ORDERS** Defendants to file their motion to stay on or before April 17, 2020. Plaintiff will have seven days (from the date Defendants file their motion) to file a response. In the response, in addition to stating any opposition to Defendants' request, Plaintiff should include any alternative request for limited discovery. Defendants must file any reply in support of their motion to stay within seven days from the date Plaintiff files its response. The Court encourages Defendants to file their motion and briefs expeditiously. If Defendants do not file a motion to stay by April 17, 2020, the Court will issue a scheduling order in the case. The parties are not required to serve initial disclosures or respond to any discovery

requests until the Court either (a) rules on Defendants' forthcoming motion to stay, or (b) enters a scheduling order. For the time being, the Court discontinues weekly telephonic conferences. Finally, if any urgent discovery or scheduling issues arise, the parties are directed to contact my courtroom deputy clerk, Kim Mixon, via e-mail at: Kim_Mixon@gas.uscourts.gov, and the Court will schedule a telephonic conference.

**SO ORDERED**, this 10th day of April, 2020.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA