FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2020 MAY 15 PM 2: 38
CLERK C. Robinson
DIST. OF GA.

# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| DONJON-SMIT, LLC, | * | |
| Plaintiff, | * | CIVIL ACTION NO:. 2:20-cv-011 |
| v. | * | |
| ADMIRAL KARL L. SCHULTZ; CAPTAIN JOHN W. REED; COMMANDER NORM C. WITT; and COMMANDER MATTHEW J. BAER, in their individual capacity, and in their official capacity as Officers of the United States Coast Guard, | * | |
| Defendants. | * | |

### O R D E R

Before the Court is Plaintiff's Motion for Leave to File Second Amended Verified Complaint, Writ of Mandamus, and Request for Injunctive Relief. Dkt. No. 108. Upon review, the Court **GRANTS** Plaintiff's Motion and **DIRECTS** the Clerk of Court to enter Plaintiff's proposed Second Amended Complaint on the docket and record of this case. Dkt. No. 108-1. Because Defendants' pending motions to dismiss, dkt. nos. 93, 94, were directed at Plaintiff's prior complaint, Defendants' motions to dismiss are **DENIED as moot.** Defendants will have 14 days from the date of this Order to renew the arguments raised in their

AO 72A
(Rev. 8/82)

as any new arguments, or otherwise respond to the Second Amended Complaint.[1]

SO ORDERED, this \_\_\_14\_\_\_ day of \_\_\_May_____, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] As explained in the Magistrate Judge's April 10, 2020 Order, the parties are not required to serve initial disclosures or respond to any discovery requests until the Court either: (a) rules on Defendants' pending Motion to Stay; or (b) enters a scheduling order. Dkt. No. 97, p. 2.