# In the United States District Court for the Southern District of Georgia Brunswick Division

FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 11:00 am, May 21, 2020

|  |  |
|---|---|
| DONJON-SMIT, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>ADMIRAL KARL L. SCHULTZ and COMMANDER NORM C. WITT, individually and in their official capacity as Officers of the United States Coast Guard; CAPTAIN JOHN D. COLE and COMMANDER GARRETT R. MEYER, in their official capacities as Officers of the United States Coast Guard; and CAPTAIN JOHN W. REED and COMMANDER MATTHEW J. BAER, in their individual capacities,[1]<br><br>    Defendants. | No. 2:20-CV-011 |

## ORDER

Before the Court is the Parties' Stipulation of Dismissal, dkt. no. 118, wherein they inform the Court that they wish to dismiss this action without prejudice. The dismissal complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). After consideration by the Court, and a

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Captain John D. Cole is substituted for Captain John W. Reed, and Commander Garrett R. Meyer is substituted for Commander Matthew J. Baer, in connection with the claims against those officers in their official capacities. The Clerk is **DIRECTED** to update the docket to reflect this change.

conference among the parties, the Court approves the dismissal. Accordingly, all claims asserted in this action are **DISMISSED without prejudice**. Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 21st day of May, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA